# Exhibit 11

# Document Produced in Native Format

CONFIDENTIAL BCA_0128887