UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                          :

BLUEPRINT CAPITAL ADVISORS, LLC         :

                 Movant,                       :

                                                  :            25-MC-87 (JMF)

             -v-                              :

                                                  :              <u>ORDER</u>

DOUGLAS OSTROVER, ET AL.                :

                Respondents.              :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On March 4, 2025, Movant Blueprint Capital Advisors, LLC filed a motion to compel compliance with a subpoena served on Respondents Doug Ostrover and Alan Kirshenbaum in connection with a lawsuit pending in the United States District Court for New Jersey. *See* ECF No. 1.

       Based on a quick review of the motion papers, the Court is inclined to believe that the issues are more appropriately decided by the judge presiding over the underlying matter and that transfer to the District of New Jersey pursuant to Rule 45(f) of the Federal Rules of Civil Procedure would therefore be appropriate. *See* Fed. R. Civ. P. 45(f) ("When the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances."). **No later than March 14, 2025, Respondents shall file a letter indicating whether they would consent to such transfer. If Respondents do not consent, Movant may file a letter addressing the issue of transfer within one business day of Respondents' letter.**

       Unless and until the Court (or the transferee court in the event of any transfer) orders otherwise, no later than **March 12, 2025**, Movant shall serve this Order and (unless already

served) its motion papers, both electronically and/or by overnight courier, on all parties in the District of New Jersey action and file proof of such service on the docket. Any opposition to the motion — including any opposition by other parties in the District of New Jersey action — shall be filed no later than **March 19, 2025**. No reply may be filed absent leave of Court.

SO ORDERED.

Dated: March 11, 2025
      New York, New York

_____
JESSE M. FURMAN
United States District Judge