UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                           :

BLUEPRINT CAPITAL ADVISORS, LLC        :

                      Movant,       :

                                  :             25-MC-87 (JMF)

      -v-                          :

                                  :              ORDER

DOUGLAS OSTROVER, ET AL.           :

                      Respondents.  :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On March 4, 2025, Movant Blueprint Capital Advisors, LLC filed a motion to compel compliance with a subpoena and supporting papers. *See* ECF No. 1. But only redacted versions of the Memorandum of Law and Exhibit 6 to the Declaration of Lauren Tabaksblat were filed on ECF. *See* ECF No. 1-3, 1-10. Although Movant was granted permission to file these documents with redactions, *see Blueprint Capital Advisors, LLC v. State of New Jersey*, No. 1:25-mc-00063-ALC (S.D.N.Y.), ECF No. 5, the Court's Individual Rules require unredacted versions to also be filed under seal on ECF. Accordingly, Movant is directed, no later than **March 17, 2025**, to electronically file these documents in unredacted form on ECF (with the appropriate level of restriction) with the redacted portions highlighted.

      SO ORDERED.

Dated:  March 13, 2025
        New York, New York                                   
                                             JESSE M. FURMAN
                                           United States District Judge